1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GERALDINE C. B., *as the heir and representative of the estate of* REYNALDO R. C.,

                              Plaintiff,

v.

KILOLO KIJAKAZI, Commissioner of Social Security,

                              Defendant.

Case No.:  21-cv-1750-DEB

**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF EAJA FEES**

**[DKT. NO. 21]**

Before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Joint Motion"). Dkt. No. 21.

The Court **GRANTS** the Joint Motion and, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), awards Plaintiff attorney fees in the amount of $3,850.00, and no costs as authorized by 28 U.S.C. § 1920, subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the government.

//

1

**IT IS SO ORDERED**.

2

Dated:  October 27, 2023

3

4

Honorable Daniel E. Butcher
United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21-cv-1750-DEB